ANDERSON & COMPANY *v.* HOLBROOK & SON.

BECK, J. As to all the material issues, this case is in substance identical with that of *Anderson* v. *Holbrook,* this day decided, and is controlled by the decision there made.

*Judgment affirmed. All the Justices concur.*